DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ARNALDO DETRES,**
Appellant,

v.

**U.S. ASSET MANAGEMENT, INC.,**
Appellee.

No. 4D2024-3237

[November 20, 2025]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; M. Katherine Mullinax, Judge; L.T. Case No. 502024CC007748XXXX.

Arnaldo A. Detres, Wellington, Pro se.

Thomas J. Fox, of Sessions, Israel & Shartle, LLC, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, SHEPHERD and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***